UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA, )
                      Plaintiff, )   Case No. MJ08-321
     v. )
KRISTOFER JENSEN, )   DETENTION ORDER
                      Defendant. )

Offense charged:

Conspiracy to Commit Bank Fraud, Bank Fraud, and Aggravated Identity Theft.

Date of Detention Hearing: August 6, 2008.

The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1)    Defendant is charged by complaint with Conspiracy to Commit Bank Fraud, Bank Fraud Aggravated Identity Theft. Defendant was arrested in Oregon on July 30, 2008 and ordered detained.

DETENTION ORDER -1

(2) Defendant has a lengthy criminal history including convictions for burglary, unlawful issuance of bank checks, forgery, possession of drugs, identity theft, and possession of firearm. Defendant has failed to appear five separate times for prior court appearances. He also has active warrants for his arrest in three pending felony identity theft cases filed in Superior Courts in Washington State. Based on these circumstances, defendant through his attorney agreed that he should be detained.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 6th day of August, 2008.

s/ BRIAN A. TSUCHIDA
BRIAN A. TSUCHIDA
United States Magistrate Judge